WILLIAM TAYLOR *vs.* MECHANICS' SAVINGS BANK & another.

Money paid to a minor in consideration of his enlistment into military service as a substitute is of the nature of bounty money and belongs to the minor himself.

BILL IN EQUITY to enjoin the Mechanics' Savings Bank in Worcester from paying to Sarah M. Rawson, and said Sarah from receiving, five hundred and fifty dollars deposited therein in her name by John Taylor, a minor son of the complainant.

At the hearing, before *Wells*, J., by whom the case was reserved for determination by the full court, it appeared that John Taylor on July 8, 1864, being then less than nineteen years of age, enlisted as a soldier in the service of the United States for the term of three years, without the complainant's consent or knowledge, and as a substitute for one Philip L. Moen, who paid to him at the time of his enlistment, and in consideration thereof, the money in dispute, which he thereupon caused to be deposited in the bank in the name of Miss Rawson, to whom he was betrothed, and caused the deposit-book to be delivered to her, and said to her that he preferred that she should have the

money rather than his father, who was an intemperate man and would spend it for drink; that if it was in her name she could draw it for him whenever he should want it, and that if he should die in the army she might have it as her own. It ap-. peared further that John Taylor, being at home on furlough after this suit was begun, requested Miss Rawson to procure counsel to defend against it; and that after returning to the army he died in hospital in March 1865.

*P. E. Aldrich,* for the complainant.

*T. L. Nelson,* for the respondent Rawson.

GRAY, J.    The money deposited in the bank by the minor, John Taylor, was not received by him as wages or compensation for services performed by him during minority, but in considera- tion of his voluntary enlistment into the military service of the United States, which he was not obliged by law, and could not have been compelled by his father, to enter into.    It has already been decided by this court that a bounty paid by the national gov- ernment, or by a state, city or town, to a child or apprentice, upon his enlisting into the military service of the United States, be- longs to him, and not to his father or master.    *Banks* v. *Conant,* 14 Allen,    .    *Kelly* v. *Sprout, ante,* 169.    Although the money received by the minor in this case was not paid by any public authority, but by a private individual and to induce the minor to enter the military service as his substitute, it was none the less paid for the act of enlistment, not for any services to be subse- quently performed.                    *Bill dismissed, with costs.*